SEALED FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

09 FEB 12 PM 4: 50

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 8:09-cr-00052-T-23MPP |
| v. | 21 U.S.C. § 846 |
| | 21 U.S.C. § 841(a)(1) |
| JAMISON L. BELL and | 21 U.S.C. § 853 (Forfeiture) |
| DAVID L. BULLOCK | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Between at least on or about January 13, 2009 and on or about January 14, 2009, in the Middle District of Florida, the defendants,

JAMISON L. BELL and
DAVID L. BULLOCK,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with others, both known and unknown to the grand jury, to distribute, and to possess with the intent to distribute, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and five (5) grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846, 841(b)(1)(B) and 841(b)(1)(C).

## COUNT TWO

On or about January 13, 2009, in the Middle District of Florida, the defendants,

JAMISON L. BELL and
DAVID L. BULLOCK,

did knowingly and intentionally distribute, and possess with the intent to distribute, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and five (5) grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT THREE

On or about January 14, 2009, in the Middle District of Florida, the defendants,

JAMISON L. BELL and
DAVID L. BULLOCK,

did knowingly and intentionally distribute, and possess with the intent to distribute, five (5) grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## FORFEITURES

1. The allegations contained in Counts One, Two and Three of this Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 21, United States Code, Section 853.

2. From their engagement in the violations alleged in Count One, Two and/or Three of this Indictment, punishable by imprisonment for more than one (1) year, the defendants,

> JAMISON L. BELL and
> DAVID L. BULLOCK,

shall forfeit to the United States of America, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of their interest in:

   a. property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation(s); and

   b. property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s).

3. If any of the property described above, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p).

           A TRUE BILL

           *[signature]*
           FOREPERSON

A. BRIAN ALBRITTON
United States Attorney

By: *[signature]*
CHRISTOPHER P. TUITE
Assistant United States Attorney

By: *[signature]*
JAMES C. PRESTON, JR.
Assistant United States Attorney
Deputy Chief, Narcotics Section

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

FILED
09 FEB 12 PM 4: 50
CLERK U.S. DISTRICT OF FLORIDA
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

THE UNITED STATES OF AMERICA

vs.

JAMISON L. BELL and
DAVID L. BULLOCK

## INDICTMENT

Violations:

21 U.S.C. §§ 846 and 841(a)(1)

A true bill,

_/s/ B-B-S_
Foreperson

Filed in open court this 12th day

of February, A.D. 2009.

_____
Clerk

Bail $ _____

GPO 863 525

N:\_Criminal Cases\B\BELL, Jamison_2009R00276_CPTC_indictment_back.wpd