UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                           Case No.: 8:09-cr-52-T-23MAP

JAMISON L. BELL

## **GOVERNMENT'S INFORMATION AND NOTICE OF PRIOR CONVICTIONS**

The United States of America hereby files this Information and Notice of the defendant's prior conviction(s), pursuant to Section 851 of Title 21 of the United States Code. The United States informs this Court and defendant Jamison L. Bell that, upon conviction in this case, by reason of his prior felony drug conviction(s), the defendant is subject to increased punishment, including an enhancement of the applicable minimum mandatory and maximum terms of imprisonment, pursuant to Sections 841(b)(1)(B) and 841(b)(1)(C) of Title 21 of the United States Code.

The defendant's prior felony drug convictions relied upon in filing this Information and Notice are as follows:

1. Possession of Cocaine and/or Delivery of Cocaine, on or about September 26, 1991, in Tampa, FL, in Case No. 91-CF-8938;

2. Possession of Cocaine with Intent to Sell, on or about October 5, 1992, in Tampa, FL, in Case No. 92-CF-9503;

3. Possession of Cocaine, on or about February 15, 1994, in Tampa, FL, in Case No. 94-CF-0859; and/or

4. Possession of Cocaine, Delivery of Cocaine, and/or Trafficking in Cocaine, on or about August 17, 1998, in Tampa, FL, in Case No. 97-CF-14727.

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

By: *s/ Christopher P. Tuite*
CHRISTOPHER P. TUITE
Assistant United States Attorney
United States Attorney No. 085
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6339
Facsimile: (813) 274-6125
E-Mail: Christopher.Tuite@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on March 19, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Richard D. Terrana, Esq.

                            *s/ Christopher P. Tuite*
                            CHRISTOPHER P. TUITE
                            Assistant United States Attorney