UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v. **Case No. 8:09-Cr-52-T-23MAP**

**JAMISON L. BELL**

## Consent to Institute a Presentence Investigation and Disclose the Report Before Conviction or Plea of Guilty

I, JAMISON L. BELL, hereby consent to a presentence investigation by the probation officers of the United States district courts. I understand and agree that the report of the investigation will be disclosed to the judge and the attorney for the government, as well as to me and my attorney, so that it may be considered by the judge in deciding whether to accept a plea agreement that I have reached with the government.

I have read, or had read to me, the foregoing consent and fully understand it.

Dated: March 19, 2009 ____________________

Dated: March 19, 2009 ____________________
Counsel for Defendant