# United States District Court

MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2009 MAR 23 AM 9: 25

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

JAMISON L. BELL

**WARRANT FOR ARREST**

CASE NUMBER: 8:09-cr-00 52-T23MAP

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest JAMISON L. BELL and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment　☐ Information　☐ Complaint　☐ Order of Court　☐ Violation Notice　☐ Probation Violation Petition

charging him with conspiracy to distribute, and to possess with the intent to distribute, five hundred (500) grams or more of cocaine. In violation of Title 21, United States Code, Sections 846 and 841(a)(1).

**Sheryl L. Loesch**　　　　　　　　　　　　　　**Clerk, United States District Court**
Name & Title of Judicial Officer　　　　　　　Title of Issuing Officer

_____　February 13, 2009 Tampa, FL　_____ Signature of Issuing
Officer　　　　　　　　　　　　　　　Date and Location

Brenda S. Nepun
(By) Deputy Clerk

Bail fixed at $ _____　by _____
　　　　　　　　　　　　　　　　Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2/13/09 | Lisa Alfonso, DUSM | Lisa Alfonso, DUSM |
| DATE OF ARREST 3/19/09 | | |

**SEALED**