UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:09-cr-52-T-23MAP

JAMISON L. BELL

**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S
SENTENCE BASED UPON SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines (USSG) and Title 18, United States Code, Section 3553(e), the United States hereby moves this Court to grant a two (2) level reduction in the defendant's total offense level, and, in support thereof, states as follows:

> The defendant, JAMISON L. BELL, provided truthful information regarding his role and that of others -- including co-defendant David Bullock -- in the charged conspiracy, and the information Bell supplied facilitated the successful prosecution of Bullock.

**MEMORANDUM OF LAW**

The Court, upon motion by the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. See USSG §5K1.1. Here, as noted above, the defendant, JAMISON L. BELL, has provided truthful and timely information and cooperation to the United States which has assisted in the investigation and prosecution of another defendant.

The government believes that, because of his efforts on behalf of the United States as set forth above, the defendant should receive a two (2) level reduction in his total offense level for his substantial assistance.

## **CONCLUSION**

For the foregoing reasons, this Court should grant the government's motion for a two (2) level downward departure of the defendant's sentence.

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

By: s/ Christopher P. Tuite
CHRISTOPHER P. TUITE
Assistant United States Attorney
United States Attorney No. 085
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone:    (813) 274-6339
Facsimile:    (813) 274-6125
Email: christopher.tuite@usdoj.gov

| U.S. v. JAMISON L. BELL | Case No. 8:08-CR-52-T-23MAP |
|---|---|

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 5, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the below-listed attorney:

Richard D. Terrana, Esq.

s/ Christopher P. Tuite
CHRISTOPHER P. TUITE
Assistant United States Attorney
