**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CASE NO. 8:09-cr-52-T-23MAP            DATE: June 8, 2009

**HONORABLE STEVEN D. MERRYDAY**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Christopher Tuite |
| | GOVERNMENT COUNSEL |
| **vs.** | |
| | Richard Terrana |
| **JAMISON L. BELL** | DEFENSE COUNSEL |

| | |
|---|---|
| COURT REPORTER: Claudia Spangler-Fry | DEPUTY CLERK:   Terese Dear |
| | PROBATION:   Jennifer Roath |
| TIME:  8:40 - 9:15 a.m. | TOTAL:   35 min |

**CRIMINAL MINUTES - SENTENCING REFORM ACT**

- X   Defendant is adjudged guilty on count **one** of the indictment.
- X   Counts two and three of the indictment are dismissed.
- X   Government's motion for downward departure (Doc. 34) is GRANTED.  Court departs  4  levels
- X   Imprisonment **one hundred eighty (180) months.**
- X   The Court recommends confinement:   Coleman, Florida
- X   Supervised release: **ninety-six (96) months**
- X   Fine: **waived**
- X   Special Assessment:   **$100**        Due immediately.

SPECIAL CONDITIONS OF SUPERVISED RELEASE

X    The defendant shall participate in a program (outpatient and/or inpatient) for treatment of narcotic addiction or drug or alcohol dependency and follow the probation officer's instructions regarding the implementation of this court directive. This program may include testing for the detection of substance use or abuse not to exceed 104 tests per year. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. Upon completion of a drug or alcohol dependency treatment program, the defendant is directed to submit to testing for the detection of substance use or abuse not to exceed 104 times per year.

***********************************************

X    The defendant shall cooperate in the collection of DNA as directed by the probation officer.

X    The mandatory drug testing provisions of the Violent Crime Control Act are imposed.

***********************************************

X    Defendant advised of right to appeal and to counsel on appeal

***********************************************

X    Defendant is remanded to the custody of the United States Marshal.

OTHER: Defendant's request to further reduce the total offense level is granted. The court departs an additional __2__ levels.

| GUIDELINE RANGE DETERMINED AT SENTENCING (BEFORE DEPARTURES) ||
|---|---|
| Total Offense Level: | 34 |
| Criminal History Category: | VI |
| Imprisonment Range: | 262 to 327 months |
| Supervised Release Range: | 8 years |
| Restitution: | N/A |
| Fine Range: | $17,500 to $4,000,000 |
| Special Assessment: | $100 |