UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                 CASE NO. 8:09-CR-52-T-23MAP

JAMISON BELL

**MOTION BY THE UNITED STATES FOR
REDUCTION IN SENTENCE
PURSUANT TO FED. R. CRIM. P. 35(b)**

The United States of America, by A. Lee Bentley, III, United States Attorney for the Middle District of Florida, and pursuant to Fed. R. Crim. P. 35(b), hereby moves for a sentence reduction for the above-referenced defendant and further states:

1. The defendant was sentenced in the above-captioned case by the Honorable Steven D. Merryday on June 8, 2009, to 180 months incarceration.

2. Since his sentencing, the defendant cooperated with law enforcement, which the government views as substantial assistance. Specifically, the defendant cooperated in the case of United States v. Rahman, et. al., Case No. 8:12-Cr-515-T-33AEP. The defendant provided truthful and credible information to the government that substantially assisted in the prosecution of the aforementioned case.

WHEREFORE, based upon the aforementioned, the government respectfully requests that this Honorable Court grant the defendant a two (2) level downward departure based upon the cooperation provided by the defendant. This reduction would result in a total offense level of twenty-eight (28), criminal history category VI (140-175 months).

    Respectfully submitted,

    A.LEE BENTLEY, III
    United States Attorney


By: <u>s/Joseph K. Ruddy</u>
    JOSEPH K. RUDDY
    Assistant United States Attorney
    United States Attorney No. 037
    400 N. Tampa Street, Suite 3200
    Tampa, Florida   33602
    Telephone: (813) 274-6000
    Facsimile:   (813) 274-6125
    Email: joseph.ruddy@usdoj.gov

**U.S. v. JAMISON BELL**               Case No. 8:09-CR-52-T-23MAP

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Richard D. Terrana, Esq.

                                              /s/ Joseph K. Ruddy
                                              JOSEPH K. RUDDY
                                              Assistant United States Attorney
                                              United States Attorney No. 037
                                              400 N. Tampa Street, Suite 3200
                                              Tampa, Florida   33602
                                              Telephone: (813)274-6000
                                              Facsimile:  (813)274-6178
                                              E-Mail:   joseph.ruddy@usdoj.gov