Dear MR Steven D MerryDay                                          3-14-16

Sir my Name is JAmison Bell case. 809-cr-52-T-23msp Judge Merryday
Sir I wont you to Be Aware of this Matther thet I have sir BACK in 2013
I was call to be A Wittness in A drug conspiracy case For D.EA Agent Dan
Collins And Federal Attorny Shana Hail for defendant Eugen Davis sir thet
case went to Trail And MS Shana Hail And DEA brought Me back to Teserfy
They got my stAte Ment And my substential assistance And my cooperation
I was willing to Teserfy but They didat use Me And Sir I hel tAlK to my
lawyer Richard D. Terrens And he to told Me thet MS Shana Hail told
him Pensonly that she was going to give Me A 2 level Redution So sir why
I was still house At Pinnellss county Jail I come in conteck with A stAte
Inmate Neme Sylvester Johnson case 13-06410C Fano-B So stAte Attorny MR
Richard Ripplinger Brought Me BACK from Federal Prison to Terstorfy in *A
first degree Murder Trail thet was set for Trail September 2014 sir I Tesofy
in thet Trail for the Mr Richard Ripplinger And that was A hung Jury So sir
Round Mayy 12 2015 I Teserfy in that stAte Trail the defendant Sylvester
Johnson got Found guilty So sir I tAlK to my lawyer Richard D Terrens
And he tell Me thet he talk to the StAte Attorny Mr Richard Rippling
And he toll me thet MR Ripplinger tell him thet he like whet I
did in the Murder Trail And Richard Terren told Me thet ~~Mr Rip~~
MR Ripplinger was going to write A good letter to Federal Attorny
Shana Hail And to my Federal Attorny MR Joseph K Ruddy Mr Merryday
I wont you to Be Aware of the things I have done And Sir I wont
you to Be Aware of this I hel Put A Motion in for the Amendment 782
And Magistrate Judge Mark A Pizzo grented thet Motion for Amendment 782
Reluction of Sentence And I tAlK to counsel appoint MS RoseMary cakmis
client MS Michelle yard she toll Me thet she Been trying to get in touch
with Federal Attorny MR Joseph K Ruddy And Federal Attorny MS Shana Hail
to see did she Receive thet letter from stAte Attorny MR Richard Ripplinger
becouse she wont to get with Federal Attorny shana Hail befor she file my
Amendment 782 reluction of Sentence if I get credit comeing from
my cooperation And my Substentel Assistence in the drug Trafficking

conspiracy case for Eugen Davis And my cooperation for the State Attorny Richard MR Ripplinger In the Murder Trail for defendent Sylvester John son MR Steven D Murryday Sir I Am Sorry that I had to write you but I Just want you to no what I have done for the government And the State of Florida Befor I have to put Motion in for compell in Sir I Ask you can you look in to of this Matter for Me I thank you for your time And help I hope that I receive Some credit that I got coming to me And sir Thank you Jamison Bee 508070 18

5-14-16

Sir MR Jouge Steven D MerryDay Sir can you Please See what's going on And can you have A word with Federal Attorny Mshuns Hale About my cooperation And my truthful credible Information for the government in the Eugen Davis case And Sir State Attorney MR Richand Rippling was going to Submit the letter to Shuns Hale for what I did in the State Trail for him And Federal Attorney Shuns hale was going to File A Rule 35 for Me Sir Can you See About this Matter that I have Thank you



From MR. JAMISON lee Arthur Bell #50807018
Federal Correctional Institution
2680 Hwy 301 South
Jesup, GA. 31599

JACKSONVILLE FL 320

14 MAR 2016 PM 3 L

SCREENED
By USMS



⇔50807-018⇔
To Jesup Steven Merryday
Court Middle District of Florida
801 N Florida AVE
United States Disrict
Tampa, FL 33602
United States

33602386030