UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


UNITED STATES OF AMERICA

v.  CASE NO. 8:09-cr-52-T-23MAP

JAMISON BELL

**MOTION BY THE UNITED STATES FOR
REDUCTION IN SENTENCE
PURSUANT TO FED. R. CRIM. P. 35(b)**

The United States of America, by A. Lee Bentley, III, United States Attorney for the Middle District of Florida, and pursuant to Fed. R. Crim. P. 35(b) and 18 U.S.C. § 3553(e), hereby moves for a sentence reduction for the above-referenced defendant and further states:

1. The defendant was sentenced on June 9, 2009 to 180 months imprisonment.

2. Since his sentencing, the defendant has continued to assist law enforcement, which assistance, the government views as substantial assistance. Specifically, the defendant was set to testify at the trial of United States v. Eugene Davis, Case No. 8:12-cr-434-T-33AEP.

3. Should the Court grant this motion, the government recommends a two-level departure placing the defendant in a guideline range of 120-150 months.

WHEREFORE, the government respectfully urges this Honorable Court to grant this motion, consistent with the above-noted recommendation.

        Respectfully submitted,

        A. LEE BENTLEY, III
        United States Attorney

By   *s/ Shauna S. Hale*
        Shauna S. Hale
        Assistant United States Attorney
        Florida Bar No. 881481
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone:   (813) 274-6000
        Facsimile:    (813) 274-6358
        E-mail:   Shauna.Hale@usdoj.gov

U.S. v. Jamison Bell                                    Case No. 8:09-cr-52-T-23MAP

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2016, a true and correct copy of the foregoing document and the notice of electronic filing was sent by United States Mail to the following non-CM/ECF participant(s):

Jamison Bell
Register Number 50807-018
FCI Jesup
Federal Correctional Institution
2680 301 South
Jesup, GA 31599

|  |  |
|---|---|
| By | *s/ Shauna S. Hale* |
|  | Shauna S. Hale |
|  | Assistant United States Attorney |
|  | Florida Bar No. 881481 |
|  | 400 N. Tampa Street, Suite 3200 |
|  | Tampa, Florida 33602-4798 |
|  | Telephone: (813) 274-6000 |
|  | Facsimile: (813) 274-6358 |
|  | E-mail: Shauna.Hale@usdoj.gov |

\\Usaflmsfile25\als\_archive_cr\B\BELL, Jamison_2009R00276_CPT\p_Motion for Downward Departure.docx