FILED

2017 JAN -5 PM 2: 11

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

Jamison Bell
         VS.
United States of America

Case No. 8:09-CR-52-T-23-MAP

Motion of correspondence to Suport the Reduction in Sentence Fed. R.Crim. P. 35(B) for Debrifing As Pusuant to Amentel.

Come Now THE Defendant Jamison Bell Ask this Horable court to Accept Defendant Motion Fed. R. CRIM P. for the correspondence Motion Document 75-77 the A.U.S.A. Joseph K Rubly states that Defendant has cooperated with state authorities on two first Degree Murder case which Mean that Defendant JAmison Bell Did Testified in A Murder for state Attorny MR Richard Ripplinger of Pinellas county in A Murder Trial for the State of Florida Vs Sylvester Johnson case No. CRC13-06410CFANO on May 2015 it was A conviction for first Degree Murder Jamison Bell has Provided Being A Valuable wittness in Prosecution of that Trial. his Testimony was very helpful Defendant Sylvester Johnson was Found guilty By A Jury And he was sentence to life Imprisonment. JAmison Bell Ask this court to grant grant this Motion for A 2 level reduction Base on the Fact that the Defendant Provided substantial Asstance by helping branging Justice And Testifying in the Murder Trial, State of Florida Vs Sylvester Johnson, on June 8th JAmison Bell was sentence to A 180 Months Since his sentence the

Defendant has continued to assist law enforcement, which assistance, the government views as substantial assistance. specifically. the defendant testified at the Trial of State of Florida vs. Sylvester Johnson, JAmison Bell had no obligation to report the imformation what was told to him About the Murder what sylvester Johnson told him And defendant JAmison Bell got in touch with leed Detective Jeffery Capra who are over Robbery/Homicde Pinellas county sheriff's And the Statement made by the wittness JAmison Bell At the defendant sylvester Johnson Triel he was Found guilty by A, Jury, on And About why JAmison bell was wating on the return back to Federal cusdy JAmison bell states that why he was house At the Pinellas county Jail he came in contack with defendant Oscar Fowler Case No. CRC 14-14259CFAno defendant JAmison Bell had provided Some Information on A Murder had happed, defendant Oscar Fowler told him And JAmison Bell got in touch with state Attorny of Pinellas county MR Ricahard Ripplinger And JAmison Bell was deposed And was cooperated on trial preperation it should Be Note that Oscan Fowelen Trail Date got Push Back 3 times it was set For March, 2016, September 2016, And Now January 31st 2017. And defendant JAmison Bell want A.U.S.A. MR Joseph K Ruddy to no that State Attorny Mr Ricahard Rippling of Pinellas County took JAmison Bell off the wittness

list for that case of Oscar Fowler. Jamison Bell was told by State he Not comeing Back to Testified in the Oscar Fowler Trail. Jamison Bell hope that Since he Not going to Testified in the Oscar Fowler case that he hope that he can get Some ~~~~ relief off his Sentence should the court grant this Motion And recomments a two level departure Placing the defendent Jamison Bell in a guideline rang of 110-100 months its states thats Document 78 A.U.S.A MR. Ruddy suggested that "Substantial assistance" might occur But Since I have allredy testifies in the Sylvester Johnson Murder Trail I hope that the courts can can give Me Some relief for thats case And Also on Document 77 MR Ruddy has determined that I cooperated with State Authorities on two Seperated First degree Murder case which 1 I Testifies in Sylvester Johnson I have Not recive Anything off my Sentence And on Document 75-2 Filed 6/3/2016 Mr Richard Ripplinger said to my A.U.S.A. That I believe that Jamison Bell deserves A Substantial reduction off his Federal Sentence defendent hope that this court can grant this Motion by Pursuant to Fed. R. Crim P. 35 (B) and 18 U.S.C.S 3553(e). hereby Moves for A Sentence reduction for Above case for State of Florida vs. Sylvester Johnson case No CRC13-0C410cfano.

1-2-17

Jamison Bell
Jamison Bell
50807018