UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:09-cr-52-T-23MAP

JAMISON BELL

**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION
OF CORRESPONDENCE TO SUPPORT THE REDUCTION OF
SENTENCE PURSUANT TO FEDERAL RULE OF CRIMINAL
PROCEDURE 35(b)**

The United States files this response to the Defendant's Motion of

Correspondence To Support the Reduction in Sentence, Fed. R. Crim. P.

35(b) Pursuant to Federal Rule of Criminal Procedure 35(b) (Doc. 85) and the

Order of this Honorable Court (Doc. 86).   In support of this response the

United States asserts the following.

1.     The undersigned Assistant United States Attorney has

determined that the Defendant has cooperated with State authorities on two

First Degree Murder cases.   One case involved a defendant named Sylvester

Johnson, CRC13-06410CFANO, in which the defendant Jamison Bell

testified twice.   After a mistrial in September 2014, Sylvester Johnson was

convicted in May 2015 and sentenced to life in prison.   The defendant

Jamison Bell testified in both Johnson trials. The second case, *State of Florida v. Oscar Fowler*, Case No. CRC14-1425CFANO, also resulted in a mistrial in July 2015. The re-trial began in February 2017, which also resulted in a mistrial. The case was tried a third time in March 2017. The defendant Jamison Bell has testified in all three Fowler trials.

3. The Defendant is eligible for Rule 35(b) consideration, as his cooperation has substantially assisted law enforcement and the government. The United States recommends a four (4) level reduction from the total offense level based upon the substantial assistance provided by the defendant.

ACCORDINGLY, based upon the aforementioned, the United States respectfully requests the defendant's sentence be reduced, pursuant to Fed. R. Crim. P. 35(b), by four (4) levels to reflect the substantial assistance provided by the defendant.

Respectfully submitted,

W. STEPHEN MULDROW
Acting United States Attorney

By:     /s/ Joseph K. Ruddy
        Joseph K. Ruddy
        Assistant United States Attorney
        Chief, Narcotics Section
        United States Attorney No. 037
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602
        Telephone: (813) 274-6000
        Facsimile:   (813) 274-6178
        Email:   joseph.ruddy@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Richard Terrana, Esquire

I hereby certify that on March 15, 2017, a true and correct copy of the foregoing document and the notice of electronic filing were sent by United States Mail to the following non-CM/ECF participant:

Jamison Bell
Reg. No. 50807-018
FCI- Jesup
2680 Hwy. 301
Jesup, GA 31559

By:    */s/ Joseph K. Ruddy*
Joseph K. Ruddy
Assistant United States Attorney
Chief, Narcotics Section
United States Attorney No. 037
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile:   (813) 274-6178
Email:   joseph.ruddy@usdoj.gov