United States District Court
Middle District of Florida
Tampa Division

Case No 8:09-CR-52-T-23 Map

Jamison Bell

Motion for counsel of A
Public Defender for Substatial Assistee
for Fed R. Crim P. 35(b)

v.

United States of America

Defendant Ask this court can he Be Appointed A counsel of A Public Defender who can help him with his Substatial Assistee for A Fed R. Crim P. 35(b) And Defendant was told that the Assign Public Defender who are over Defendant Amendment 782 can Not help him with A Rule 35 Matter, so the defendant Ask this court can he Be Appointed A counsel of A Public Defender to help him with his substatial Assistee And the Defendant Jamison Bell Ask this court can they grant this Motion for counsel of A Public Defender.    3-12-17

Jamison Bell #1710465
Pinnellas County Jail   Delta 1#
14400 49th St North
Clearwater, Fla. 33762

*Jamison Bell*