UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:09-cr-52-T-23MAP

JAMISON BELL
_____/

**ORDER**

Alleging substantial assistance, Bell moves (Doc. 85) for consideration for a reduction of sentence. The United States responds (Doc. 104), describes Bell's substantial assistance, and recommends a four-level reduction of sentence under Rule 35(b), Federal Rules of Criminal Procedure.

Under Rule 35(b), Federal Rules of Criminal Procedure, and 18 U.S.C. § 3553(e), the United States' motion for a four-level reduction is **GRANTED**. Because of his extensive and substantial assistance to the United States after his sentencing, Bell's sentence is reduced to **eighty-four (84) months** (from offense level 26 to offense level 22, criminal history category VI, at which the sentencing range is 84–105 months) **or TIME SERVED plus ten days, whichever is greater**. All other terms and conditions of the defendant's sentence remain unchanged.

ORDERED in Tampa, Florida, on March 16, 2017.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE